### COLLIER v. THE STATE.

EVANS, P. J. No complaint is made of any ruling of the court on the trial of the case. The evidence warrants the verdict, which has the approval of the trial judge.     *Judgment affirmed. All the Justices concur.*
JUNE 13, 1913.

Indictment for murder. Before Judge Charlton. Chatham superior court. April 15, 1913.

*George W. Owens,* for plaintiff in error.

*Thomas S. Felder, attorney-general, Walter C. Hartridge, solicitor-general,* and *Morris H. Bernstein,* contra.